FILED

03/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0447

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0447

JEFFREY L. HARDMAN,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

**ORDER**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 24, 2024, within which to prepare, file, and serve his opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2024